_1._

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **521** -- **In re California Mortgage Loan Brokerage Securities Litigation**

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 82/08/16 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS, CERT. OF SVC. -- Pltfs. in all actions (A-1 thru A-7) SUGGESTED TRANSFEREE DISTRICT: E.D. California  SUGGESTED TRANSFEREE JUDGE:          (emh) |
| 82/08/23 | | NOTICE OF ERRATA (re pleading no. 1) -- All plaintiffs (ATTACHED TO PLEADING NO. 1)  (cds) |
| 82/08/23 | | FIRST AMENDED PROOF OF SERVICE -- All plaintiffs (ATTACHED ORIGINAL TO OFFICIAL FILE COPY)  (cds) |
| 82/08/25 | | HEARING ORDER -- Setting motion to transfer A-1 thru A-7 for Panel hearing in Oklahoma City, Oklahoma on 9/23/82 (ds) |
| 82/08/27 | 2 | REQUEST FOR EXTENSION OF TIME -- Defts. Gerald Echols and Walter Boyho -- GRANTED to and including Sept. 3, 1982 to Echols and Boyho ONLY  (emh) |
| 82/08/31 | | APPEARANCES: ROBERT L. LIEFF, ESQ. for all plaintiffs; BARRY W. MEYER, ESQ. for Bernerd Buckley, et al.; ANTHONY L. HANLEY, ESQ. for Dennis Piepho; ARTHUR R. ALBRECHT, ESQ. for Title Insurance & Trust Co.; P. GERHARDT ZACHER, ESQ. for Gerald W. Echols and Walter Boyko; ROBERT L. MAINES, ESQ. for Pacific Valley Bank; ~~MARCO MANAGEMENT~~ N. A. MISCIAGNA, ESQ. for Marco Management, Inc.; RICHARD A. ARZINO, ESQ. for Appraisal Service of Cal.; DAVID J. RUDE, ESQ. for Grant Morrison; WILLIAM KINDER, ESQ. for Ben Hill; PAUL MATZGER, ESQ. for Western Title Ins. Co.; KENNETH HECHT, JR., ESQ. for Transamerica Title Ins. Co.; BURTON S. LEVINSON, ESQ. for First American Title Ins., Co., St. Paul Title Ins. Co. and Mid-Valley Title and Escrow Co.; HARRISON F. COMSTOCK, ESQ. for Stuart & Comstock; EDWARD KRUG, ESQ. for Frederick C. Weiss, et al.; GABRIEL MURANO, ESQ. for Shauna Lorenzen; BARBARA DOWNS, pro se; KEITH A. KANDARIAN, ESQ. for The Hibernia Bank, etc.; THOMAS L. MARCUS, ESQ. for Estelle C. Mannis; MICHAEL STONE, ESQ. for Randy Parker, Lynn Parker, Robert Hartman, Astor Kuyumkian; KIRKE M. HASSON, ESQ. for Chicago Title Ins. Co.; GREGORY L. McCOY, ESQ. for Diablo State Bank; WILLIAM SABSAY, pro se; JOHN C. MORAN, ESQ. for Kenneth Villano, Rebecca Decesare; DENA R. THALER, ESQ. for Diane Hill; ~~MICHAEL K. STONE, ESQ. XXXXXXXXX~~ THOMAS L. WALSH, ESQ. for Kathleen Sheridan, et al.; JOHN G. SPRANKLING, ESQ. for Safeco Title Ins. Co.; DENNIS M. HAUSER, ESQ. for American Title Co.; ARTHUR L. PRETZER, ESQ. for Robert Arlen Malone and Van Baricom; PHILIP B. PRICE, ESQ. for Oroville Title Co.; BRADLEY S. TOWNE, ESQ. for Jerold F. Bach and Mary C. Bach; NORBERT KEILBACH, ESQ. for Frank Daniel Monaco, et al.          (cds)  Stanford H. Atwood, Jr., Esq. for Title Insurance Co. of Minnesota, Founders Title Co. |

2.

JPML FORM 1A

### DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____ -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 82/08/31 | 3 | RESPONSE/BREIF -- Title Insurance Co. of Minnesota -- w/cert. of svc. (emh) |
| 82/08/31 | 4 | RESPONSE -- Chicago Title Insurance Company -- w/Exhibit and cert of svc. (emh) |
| 82/08/31 | 5 | RESPONSE/BRIEF -- Oroville Title Company -- w/cert. of svc. (emh) |
| 82/08/31 | 6 | RESPONSE -- Pacific Valley Bank -- w/cert. of svc. (emh) |
| 82/09/01 | 7 | RESPONSE -- defts. First American Title Insurance Co., Paul Title Insurance Co.; Mid-Valley Title and Escrow Co. and Colonial Title Guaranty Co. w/Exhibits A and B and cert. of svc.          (ds) |
| 82/09/01 | 8 | RESPONSE -- deft. Title Insurance and Trust Co. w/Exhibits A thru I and cert. of svc.      (ds) |
| 82/09/01 | 9 | REQUEST FOR EXTENSION OF TIME -- defts. Frank Daniel Monaco Daniel A. Monaco, Sr., Trudy Monaco, Helen Monaco, Danhel Co. Inc., F & T Cattle Co., Rancho Remuda, Inc., and Roscoe Technology, Inc. -- GRANTED to and including 9/3/82 to said defts.      (ds) |
| 82/09/02 | | APPEARANCE:  GREGG EICHLER, ESQ. for Farmers & Merchants Trust Co.; Horizon Land, Inc.; Capitol Growth, Inc. and National Capital Consultants, Inc.  (cds) |
| 82/09/07 | 10 | RESPONSE, BRIEF, CERT. OF SVC.--Defts. Echols & Boyko.(eaf) |
| 82/09/07 | 11 | REQUEST FOR ORAL ARGUMENT -- First American Title Ins. Co. and St. Paul Title Ins. Co.    (eaf) |
| 82/09/07 | 12 | SPECIAL APPEARANCE, RESPONSE, CERT. OF SVC. -- Bank of Alex Brown.  (eaf) |
| 82/09/07 | 13 | AFFIDAVIT -- Steven Gourley, Deputy Commissioner for the Department of Corporations, State of California -- w/cert. of service  (cds) |
| 82/09/07 | 14 | RESPONSE/BRIEF -- Defendants Kathleen Sheridan, Dennis Avakian, Pamela Dillenbeck, Robert Kamp, Mary Tribe, Sharon Tremblay Towey, Carl Postello, Ray Holvenstot, Walter J. Schwegman, Brenda Lewis, Jackie Latipo, Kathy Castor, Linda Rily Doty, and Marian Sokolich -- w/cert. of service  (cds) |
| 82/09/14 | 15 | RESPONSE -- deft. American Title Co. w/cert. of svc. (ds) |
| 82/09/14 | 16 | REPLY BRIEF, AFFIDAVIT OF MELVIN J. COBEN AND DANIEL R. COWANS AND NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT -- pltfs. Montgomery, Boeckel, et al., Wright, et al., Meadow, et al., Pynchon, et al., and Gabel, et al w/cert. of svc.    (ds) |

JPML FORM lA – Continuation

⊕

DOCKET ENTRIES -- p. 3.

DOCKET NO. 521 -- _____

| Date | Ref | Pleading Description |
|------|-----|---------------------|
| 82/09/17 | 17 | RESPONSE -- deft. Safeco Title Insurance Co. w/cert. of svc.                    (ds) |
| 82/09/17 | 18 | APPLICATION TO FILE LATE RESPONSE/RESPONSE -- deft. Commonwealth Land Title Insurance Co. w/svc.  (ds) |
| 82/09/20 | 19 | RESPONSE -- Hibernia Bank Successor by Merger to Security National Bank -- w/cert. of service  (cds) |
| 82/09/21 | | HEARING APPEARANCES:  ROBERT L. LIEFF, ESQ. for Gabel, et al.; Van Boeckel, et al.; Wright, et al.; Pynchon, et al.; Montgomery; and Meadow;  KIRKE M. HASSON, ESQ. for Chicago Title Ins. Co.;  ARTHUR ALBRECHT, ESQ. for Title Ins. & Trust Co.;  STANFORD ATWOOD, JR., ESQ. for Title Ins. Co. of Minn. and Founders Title Co.;  BURTON S. LEVINSON, ESQ. for First American Title Ins. Co., et al.;  RICHARD G. CARLSTON, ESQ. for Safeco Title Ins. Co.;  PHILIP B. PRICE, ESQ. for Oroville Title Co.;  THOMAS L. WALSH, ESQ. for Kathleen Sheridan, et al.;  GERARD A. ROSE, ESQ. for Bank of Alex Brown |
| 82/09/21 | | WAIVERS OF ORAL ARGUMENT:  American Title Co.;  Jan Robblin; Commonwealth Land Title Insurance Co.;  Dennis Arthur Piepho; Gerald W. Echols and Walter Boyko;  Barbara Downs;  Jack C. and Trudy A. Hinds;  Grant Morrison;  Marco Management; Donna Campbell;  Vernon Wallace          (cds) |
| 82/09/24 | | WAIVER OF ORAL ARGUMENT -- Jan Hord                    (ds) |
| 82/10/08 | | ORDER DENYING TRANSFER -- NOTIFIED INVOLVED JUDGES, CLERKS, AND COUNSEL  (cds) |
| 82/10/13 | | Notice of Special Appearance -- Ronald R. Rossi, Esq. for Stewart Title Co. of California.  (eaf) |
| 82/10/13 | | HEARING APPEARANCE# -- Waiver of oral argument for hearing held 9/23/82 -- Stuart & Comstock.  (eaf) |

JPML Form 1

Revised: 8/78

DOCKET NO. __521__ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE CALIFORNIA MORTGAGE LOAN BROKERAGE SECURITIES LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 9/23/82 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 10/8/82 | MO (DENIED) | | | | |

### Special Transferee Information

DATE CLOSED: __10/8/82__

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 521 -- In re California Mortgage Loan Brokerage Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Hamilton Montgomery v. Terrence P. Batt, et al. | N.D.Cal. Peckham | C-82-0894-RFP | | | | |
| A-2 | Yvonne Van Boeckel, et al. v. Frederick Carl Weiss, et al. | N.D.Cal. Peckham | C-82-3745-RFP | | | | |
| A-3 | Henry T. Wright, et al. v. Darrell M. Schock, et al. | N.D.Cal. Peckham | C-81-4127-RFP | | | | |
| A-4 | Aaron E. Meadow, et al. v. Glen L. Cashwheeler, et al. | E.D.Cal. Karlton | CIVS-81-448-LKK— | | | *Dep. C* 12/15/81 | |
| A-5 | Edward Pynchon, et al. v. Harold A. Bursell, et al. | E.D.Cal. Schwartz | CIVS-82-615-MLS | | | | |
| A-6 | Mary C. Gabel, et al. v. Frank D. Monaco, et al. | E.D.Cal. Schwartz | CIVS-82-162-MLS | | | | |
| A-7 | Mary C. Gabel, et al. v. Bank of Alex Brown | E.D.Cal. Schwartz | CIVS-82-555-MLS | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 521 -- In re California Mortgage Loan Brokerage Securities

Litigation

HAMILTON MONTGOMERY (A-1)
YVONNE VAN BOECKEL, ET AL. (A-2)
HENRY T. WRIGHT, ET AL. (A-3)
AARON E. MEADOW, ET AL. (A-4)
EDWARD PYNCHON, ET AL. (A-5)
MARY C. GABEL, ET AL. (A-6)
MARY C. GABEL, ET AL. (A-7)
Robert L. Lieff, Esq.
Elizabeth Joan Cabraser, Esq.
Lieff & Cabraser
3273 Claremont
P.O. Box 4020
Napa, California  94558

BERNARD BUCKLEY, MICHAEL McCALLUM,
McCALLUM REALTY, WILLIAM COLE,
MARVIN MIRVIS, MARVIN MIRVIS, INC.
Barry W. Meyer, Esq.
37 Old Courthouse Square
Suite 304
Santa Rosa, California  95404

DENNIS ARTHUR PIEPHO
Anthony L. Hanley, Esq.
Van Loucks & Hanley
675 North First Street
Suite 910
San Jose, California  95112

TITLE INSURANCE & TRUST COMPANY
McCutchen, Doyle, Brown & Enersen
Arthur R. Albrecht, Esq.
Three Embarcadero Center
San Francisco, CA  94111

GERALD W. ECHOLS, WALTER BOYKO
P. Gerhardt Zacher, Esq.
Gordon & Rees
601 Montgomery Street, Fourth Floor
San Francisco, CA  94111

PACIFIC VALLEY BANK
Robert L. Maines, Esq.
Pettit & Martin
600 Montgomery Street, 21st Floor
San Francisco, CA  94111

MARCO MANAGEMENT, INC.
N. A. Misciagna, Esq.
Misciagna & Colombatto
25 Maiden Lane, Suite 201
San Francisco, CA  94108

APPRAISAL SERVICE OF CALIFORNIA
Richard A. Arzino, Esq.
770 Lincoln Avenue
San Jose, California  95126

GRANT MORRISON
David J. Rude, Esq.
1570 The Alameda, Suite 101
San Jose, CA  95126

BEN HILL
William G. Kinder, Esq.
84 W. Santa Clara St., #770
San Jose, CA  95115-0046

WESTERN TITLE INSURANCE COMPANY
Paul J. Matzger, Esq.
Leland, Parachini, Steinberg,
  Flinn, Matzger & Melnick
333 Market Street, Suite 2700
San Francisco, CA  94105

TRANSAMERICA TITLE INSURANCE COMPANY
Kenneth G. Hecht, Jr., Esq.
Rubin, Eagan & Feder
235 Montgomery Street, Suite 1530
San Francisco, CA  94104

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___2___

DOCKET NO. __521__ -- In re California Mortgage Loan Brokerage Securities Litigation

---

FIRST AMERICAN TITLE INSURANCE CO.
ST. PAUL TITLE INSURANCE CO.
MID-VALLEY TITLE AND ESCROW CO.
Burton S. Levinson, Esq.
Levinson & Lieberman, Inc.
9401 Wilshire Boulevard
Suite 1250
Beverly Hills, CA  90212

GENE STUART, DAWN COMSTOCK
Harrison F. Comstock, Esq.
Ryersen & Comstock
P. O. Box 1379
Santa Rosa, CA  95402

FREDERICK C. WEISS, SUSAN BUSHNUFF
(SUSAN WEISS)
Edward M. Krug, Esq.
36 Professional Center Parkway
San Rafael, CA  94903

SHAUNA LARENZEN
Gabriel S. Murano, Esq.
James D. Rohde, Inc.
4340 Redwood Highway, Suite 114
San Rafael, CA  94903

BARBARA DOWNS
Barbara Downs, In pro per
2161 Sweetbriar
Tustin, CA  92680

THE HIBERNIA BANK, ETC.
Keith A. Kandarian, Esq.
Tobin & Tobin
One Post Street
2600 Crocker Plaza
San Francisco, CA  94104

ESTELLE C. MANNIS
Thomas L. Marcus, Esq.
Broad, Khourie & Schulz
One California Street, 14th Floor
San Francisco, CA  94111

TITLE INSURANCE CO. OF MINNESOTA
FOUNDERS TITLE COMPANY
Stanford H. Atwood, Jr.
Atwood, Hurst & Knox
2 North Second St., Suite 1350
San Jose, CA  95113

CHICAGO TITLE INSURANCE CO.
Kirke M. Hasson, Esq.
c/o Pillsbury, Madison & Sutro
225 Bush Street
San Francisco, CA  94120

DIABLO STATE BANK
Gregory L. McCoy, Esq.
Merrill, Thiessen & Gagen
319 Diablo Road
P. O. Box 218
Danville, CA  94526

WILLIAM SABSAY
William Sabsay, Pro Se
41921 Via San Gabriel
Fremont, CA  94538

KENNETH VILLANO, REBECCA DECESARE
John C. Moran, Esq.
Monaco, Anderlini & Finkelstein
400 S. El Camino Real, Suite 700
San Mateo, CA  94402

DIANE HILL
Dena R. Thaler, Esq.
125 12th Street, Suite 111
Oakland, CA  94607

RANDY PARKER, LYMAN PARKER
ROBERT HARTMAN, ASTOR KUYUMJIAN
Michael E. Stone, Esq.
1475 So. Bascom Avenue, #102
Campbell, CA  95008

KATHLEEN SHERIDAN, RAY HOLVENSTOT,
DENNIS AVAKIAN, WALTER J. SCHWEGMAN,
PAMELA DILLENBECK, BRENDA LEWIS,
ROBERT KAMP, JACKIE LATIPOW, MARY TRIBE,
KATHY CASTOR, SHARON TREMBLAY TOWEY,
LINDA RILEY DOTY, CARL POSTELLO
MARIAN SOKOLICH
Thomas L. Walsh, Esq.
Ericksen, Arbuthnot, McCarthy,
  Kearney & Walsh, Inc.
910 Howe Avenue
P.O. Box 254947
Sacramento, CA  95825

JPML FORM 2A -- Continuation

Counsel of Record -- p. __3__

DOCKET NO. __521__ -- In re California Mortgage Loan Brokerage Securities Litigation

---

SAFECO TITLE INSURANCE COMPANY
John G. Sprankling, Esq.
Miller, Starr & Regalia
One Kaiser Plaza, Suite 1650
Oakland, CA  94612

AMERICAN TITLE COMPANY
Dennis M. Hauser, Esq.
Boyden, Cooluris, Hauser & Saxe
455 Capitol Mall, Suite 415
Sacramento, CA  95814

ROBERT ARLEN MALONE
VAN BLARICOM
Arthur L. Pretzer, Esq.
114 Parrott Street
San Leandro, CA  94577

OROVILLE TITLE COMPANY
Price, Burness, Price, Davis & Brown
Philip B. Price, Esq.
P. O. Box 1420
Chico, CA  95927

JEROLD F. BACH, MARY C. BACH
Bradley S. Towne, Esq.
Bolling, Walter & Gawthrop
555 University Avenue, Suite 280
Sacramento, CA  95825

FRANK DANIEL MONACO; DANIEL A. MONACO,SR.
TRUDY MONACO; HELEN MONACO, DANHEL CO.,
INC.; F & T CATTLE CO.; RANCHO REMUDA,
INC.; ROSCOE TECHNOLOGY, INC.
Norbert J. Keilbach, Esq.
100 Oceangate, Suite 1200
Long Beach, CA  90802

FARMERS & MERCHANTS TRUST CO.
HORIZON LAND, INC.
CAPITOL GROWTH, INC.
NATIONAL CAPITAL CONSULTANTS, INC.
Gregg Eichler, Esq.
520 Capitol Mall, Suite 700
Sacramento, CA  95814

BANK OF ALEX BROWN
Gerard A. Rose, Esq.
Greve, Clifford, Diepenbrock & Paras
1000 "G" Street, Suite 400
Sacramento, CA  95814-0885

VERNON WALLACE
Fred N. Dawson, Esq.
3031 F. Street, Suite 100
Sacramento, CA  95816

DONNA LEE CAMPBELL
Donna Lee Campbell
In Pro Per
34608 Calcutta Drive
Fremont, California  94536

JPML FORM 2A -- Continuation  ⊕

Counsel of Record -- p._____

DOCKET NO. _____  -- _____

special appearance

STEWART TITLE COMPANY OF CALIFORNIA
Ronald R. Rossi, Esq.
Caputo, Liccardo, Rossi, Sturges &
   McNeil
960 W. Hedding Street
San Jose, California  95126

JPML FORM 2A -- Continuation

Counsel of Record -- p. __4__

DOCKET NO. __521__ -- In re California Mortgage Loan Brokerage Securities
Litigation

---

PATRICK O'CONNELL   *Corresp.*
97 Glen Cliff   *returned*
La Habra, CA

JAMES J. BAJGROWICZ
BAJGROWICZ & BREMUER
50 Santa Rosa Avenue, Suite 345
Santa Rosa, CA  95404

WILLIAM SHUTE
P.O. Box 2273
San Rafael, CA  94912

STATHEM, SHAW & ASSOC.
1734 West Street
Redding, CA  96001

DONALD BARSUGLIA
1142 Terry Lane
Santa Rosa, CA

EVE LYNCH
1256 Dogwood Drive
Santa Rosa, CA  95401

ERNEST CHEVERIER
507 Central Avenue
Vallejo, CA  94590

FOUNDERS TITLE COMPANY
2200 - 21st Street
Sacramento, CA  95818

BAY CITY APPRAISAL
P.O. Box 5397
San Jose, CA  95150

PAUL H. ROBERTS
P.O. Box 148
San Anselmo, CA  94960

STANLEY W. MYER
453 Walnue Ave., East
Sonoma, CA  95476

CATHERINE M. LACEY   *Corresp.*
P.O. Box 451   *returned*
Guerneville, CA  95446

KAREN ALICE ORCUTT
5700 Desoto Drive
Santa Rosa, CA  95405

JOYCE MARIE PIERSON
5583 Hutchinson Road
Sebastopol, CA  95472

BRADLEY RAYMOND SHAVER
708 M/ Webster Street
Petaluma, CA  94952

STELLA SIERO   *Carresp Ret*
245 So. Park View Avenue
Daly City, CA  94014

STANLEY WADE WYER
453 Walnut Ave. East
Sonoma, CA  95476

CRAIG P. JACOGSEN
507- Lakeville Highway
Petaluma, CA

RUSSELL R. DENISON
DENISON REAL ESTATE APPRAISALS
4491 Filbert Court
Rohnert Park, CA  94928

ALPINE APPRAISALS
ATTN:  Charles Havlicek
P.O. Box 44
Redding, CA  96001

NORTH BAY TITLE CO.
458 South E. Street
Santa Rosa, CA

ROBERT D. POINDEXTER   *Corresp*
2440 Laughlin Road   *returned*
Santa Rosa, CA

JPML FORM 2A -- Continuation  ●

Counsel of Record -- p. 5

DOCKET NO. 521 -- In re California Mortgage Loan Brokerage Securities
                          Litigation

NO APPEARANCES RECEIVED FOR
THE FOLLOWING:

NOVUS CORP. (No App. Rec'd)
C. Wadsworth White, Esquire
1275 Glen Eyrie Avenue
San Jose, CA  95125

TERRENCE PAUL BATT
20431 Stevens Creek Blvd.
Cupertino, CA

ELIZABETH ANN WILLIAMS
3568 Sunnygate Court
San Jose, CA  95117

WES SAGE
P.O. Box 3793
Salinas, CA  93912

JOSEPH WILLIAM SCHWARTZ (No App. Rec'd)
John R. Griffiths, Esquire
Patricia J. Van Horn
Crist, Griffiths, Bryant, Schulz
  Biorn & Clohan
550 Hamilton Avenue
P.O. Box 90
Palo Alto, CA  94302

MICHAEL BROCK
4744 Raspberry Pl.
San Jose, CA

EDWARD J. TUBBS
578 Valley Way
Milpitas, CA  95035

LARRY BENGINENO
Independent Associates
1912 Lincoln Avenue
San Jose, CA

DAVID N. ROBINSON
17835 Elaine Court
Morgan Hill, CA  95037

MICHAEL D. SCHMALJOHANN
121 Manor Drive          *Con Ret*
Pittsburg, CA

THOMAS MILLS
1158 So. Ridge Court
Concord, CA

GARY KWART
1633 Manhattan Ave.
Grover City, CA  93433

KWART, INC
c/o Gary Kwart
P.O. Box 772
Grover City, CA  93433

WILLIAM KETTLER
7535 Normandy Way
Cupertino, CA  95014

NANCY ALBERT
4180 E. Treat Blvd.      *Con. Ret.*
Concord, CA  94518

FREDERICK W. POPE
P.O. Box 210
Grover City, CA  93433

WILLIAMS REALTY
1092 Grand Avenue
Arroyo Grande, CA

ASSOCIATED APPRIAISERS
C/o Edward J. Tubbs
578 Valley Way
Milpitas, CA  95035

CHARLES B. GODFREY
10 Antelope Lane
Monterey, CA  93940

VINCE BARTOLINE          *Con. Ret.*
1714 Jasmine
El Cajon, CA 92021

JPML FORM 2A -- Continuation

Counsel of Record -- p. __6__

DOCKET NO. __521__ -- In re California Mortgage Loan Brokerage Securities
                        Litigation

| | |
|---|---|
| DOROTHY ROSE SCOFIELD<br>73 Montego Key<br>Novato, CA  94947 | ROBERT COX<br>1700 Norbridge<br>Castro Valle, CA  94546 |
| JEFF TREMOLADA<br>6 Montclair Ct.<br>Petaluma, CA | KIMBALL BROWN<br>c/o Granite Home Loan, Ltd.<br>19401 So. Vermont Avenue<br>Torrance, CA  90502 |
| ALAN A. RUTSKY<br>4532 Gravenstein Hwy.<br>Sebastopol, CA | LINDA GAIL ROCHA<br>4564 West Bailey Ave.<br>Merced, CA  95340 |
| STEWART TITLE GUARANTEE CO.<br>P.O. Box 2029<br>Houston, TX  77001 | MARK MARSH<br>2346 Alvarado Ave<br>Santa Rosa, CA  94501 |
| HOME AND LAND TITLE CO.<br>1045 College Avenue<br>Santa Rosa, CA | CYNTHIA CECIL<br>320 Grand St. Apt.110<br>Alameda, CA  94501 |
| DARRELL M. SCHOCK<br>339 Castenada Ct.<br>Danville, CA  94526 | LEO A. TODD<br>398 MacArthur Blvd.<br>San Leandro, CA  94577 |
| L. JEAN SHOCK<br>339 Castenada Ct.<br>Danville, CA  94526 | ELLIOTT BALL<br>1312 "B" Street<br>Hayward, CA 94541 |
| SHARMAN STANDRIDGE<br>3038 Stanford Lane<br>El Dorado Hills, CA  95630 | DEBRA GRAY<br>P.O. Box 7594<br>Stockton, CA  95207 |
| SONJA STEELE *corresp. Returned*<br>637 Bainbridge St.<br>Foster City, CA  94404 | HOWARD L. WEEKS<br>1057 Continental Way #5<br>Belmont, Ca |
| MICHAEL B. KASTNER<br>Ohio Casualty Insurance Co.<br>P.O. Box 255307<br>Sacramento, CA  95865 | JAN ROBBLIN (No App. Rec'd)<br>F. Bryant McOmber, Jr., Esq.<br>Packard & Packard<br>260 Sheridan Avenue<br>Suite 208<br>Palo Alto, CA  94306 |
| DOUGLAS DUGGINS<br>4480 Del Prado Lane<br>Placerville, CA  95667 | |

JPML FORM 2A -- Continuation  ●

Counsel of Record -- p. 7

DOCKET NO. 521 -- In re California Mortgage Loan Brokerage Securities Litigation

| | |
|---|---|
| THERESA COMPTON<br>13921 Tahiti Road<br>San Leandro, CA 94577 | WILLIAM W. MILLS<br>120 Lackland Court<br>Danville, CA 94526 |
| MICHAEL C. KACZMARSKI<br>1638 E. Grove Place<br>Fullerton, CA | LANE D. LEE<br>420 N, Civic Dr. #208<br>Walnut Creek, CA |
| SUSAN TORRENSON<br>2345 Yale<br>Palo Alto, CA | WENDY BROWN<br>1301 So. E. St Apt. 1<br>Santa Rosa, CA 95404 |
| TERRI D. JACKSON<br>4782 North 9th<br>Fresno, CA 93726 | JOHN CAUDILLO      *corresp.*<br>10121 Starlight      *returned*<br>Riverside, CA 92505 |
| SANDY HALLAM<br>1524 Hill Drive<br>Antioch, CA 94569 | JEFFREY KELLMAN<br>38662 Country Terr.<br>Fremont, CA 94536 |
| DONNA LEE CAMPBELL<br>34698 C lcutta Drive<br>Fremont, CA | GAVIN ELDRIGE<br>P.O. Box 3996<br>Stateline, Nevada 89449 |
| DENNIS DOWNEY (No App. Rec'd)<br>Carlos W. Perry, Esq.<br>1776 Ygnacia Valley Road<br>Suite 216<br>Walnut Creek, CA | FIRST AMERICAN TITLE INSURANCE CO.<br>ST. PAUL TITLE INSURANCE COMPANY<br>(No App. Rec'd)<br>Lawrence R. Lieberman, Esquire<br>Levinson & Lieberman, Inc.<br>9401 Wilshire Blvd., Suite 1250<br>Beverly Hills, CA 90212 |
| CATHY YANEZ<br>2500 Medallion Dr. #153<br>Union City, CA | |
| LORI CAMPBELL<br>903 28th St.<br>Sacramento, CA 95816 | LARRY KING<br>1496 Nut Tree Lane<br>Sonoma, CA 95476I |
| MARY TRIBE<br>300 Crestridge Lane<br>Folsom, CA 95630 | IRVINE P. DUNGAN (No App. Rec'd)<br>Anthony D. Osmundson, Esq.<br>Hardy Erich & Brown<br>800 Ninth Street<br>Sacramento, CA 95814 |
| BONNI BRANDI<br>4652 Coronado Ave.<br>San Diego, CA 95630 | |

JPML FORM 2A -- Continuation  ⊕

Counsel of Record -- p.  8

DOCKET NO.  521  -- In re California Mortgage Loan Brokerage Securities Litigation

---

HAROLD A. BURSELL
1020 Shasta Street
Redding, CA 96001

ARTHUR R. PEKAREK
10538 Maranatha Place
Grass Valley, CA  95945

VICTOR H. BURSELL
810 Hallmark Drive
Redding, CA  96001

TOMAS O. CARDINAL
14474 Sun Forest Dr.
Penn Valley, CA 95977

ALLEN K. HELLER
2551 Palm Street
Sutter, CA

SUSAN A. PARKS
aka  SUSAN A. THURSTON
6027 Beede Avenue
Marysville, CA  95901

DENO PAOLI
P.O. Box 9095
Marina Del Rey, CA  90291

WILLIAM C. EDICK
4382 Twain Drive
Marysville, CA  95901

LARRY E. MILLER
2079 Ascot Drive   Corr. Ret.
Moraga, CA

SUDHIR SAHNI
2461 Roundhill Drive
Alamo, CA  94507

LEONARD O. GRAY
409 Clay Street
Colusa, CA  95932

MORRIS R. HATFIELD
1212 Kimberly Drive
Yuba City, CA  95991

STEVEN RUSSELL SMOTHERMAN
2594 Pepper   Corr. Ret.
Sutter, CA

ROY E. GIORGI
120 Kingsbury Lane
Grass Valley, CA  95945

ROBERT A. BEISLEY
1967 14th
Olivehurst, CA

CURTIS L. GRAY
1313 Wescott Rd. Apt. 19   Corr. Ret.
Colusa, CA  95932

MICHAEL E. LILLARD
1251 Kenny Drive #1   Corr. Ret.
Yuba City, CA  95991

DAN MROSS
134 Weselle Drive
Oroville, CA  95965

SAHNI & ASSOC.
3498 Mt. Diablo Blvd.
Lafayette, CA  94549

HAROLD TODD
6610 Firland Drive
Paradise, CA  95969

TOMMY D. WARTHAN
4493 Romann Drive   Corr. Ret
Olivehurst, CA

JPML FORM 2A -- Continuation

Counsel of Record -- p. __9__

DOCKET NO. __521__ -- In re California Mortgage Loan Brokerage Securities Litigation

PAUL WINKLEMAN
3375 Rauscher Drive
Reno, NV 89503

HARVEY A. WRIGHT
115 Starlight Lane    *Con Ret*
Yuba City, CA 95991

BETTY BEERS
631 - 8th Street
Colusa, CA 95932

CHARLES FREUND III
1048 Kimberly Drive
Yuba City, CA 95991

STEVEN ROBINSON
1681 Sharon Drive    *Con. Ret*
Yuba City, CA 95991

LAWRENCE CLIFFORD SLOAN, SR.
P.O. Box 161624
Sacramento, CA 95816

BILL BROCK
353 Montgomery Ave    *Con. Ret*
Yuba City, CA 95991

CLAUDE E. DIXON, ESQ.    *Con Ret*
Corporate Attorney
131 5th St.
Colusa, CA 95932

WAYNE B. HARBARGER III
3433 American River Dr.
Suite A
Sacramento, CA 95825

PAUL L. WALLER
2989 Valentine Lane
Redding, CA 96001

URBAN J. WEINHEIMER
2241 Rockwood Drive
Sacramento, CA 95825

DALE CARRoll
P.O. Box 1146
Carson City, NV 89701

RALPH G. SEIBLY
1625 South H Street
Bakersfield, CA 93301

VIRGIL M. HAGGARD
Route 1, Box 65
Arbuckle, CA 95912

NORMAN THOMPSON
155 - 9th Street    *Con. Ret*
Colusa, CA 95932

GORDON SHELLY, ESQ.
1121 Forest
Reno, Nev.

JERRE E. BOX
338 Market St.
Colusa, CA 95932

DONALD E. SANDRIDGE
15 Navajo Ave.
Colusa, CA

CALIFORNIA LAND TITLE CO. OF NEVADA COUNTY
Gordon H. Helwig, Jr., Pres
120 N. Auburn St.
P.O. Box 1102
Grass Valle, CA 95945

CAPITAL GROWTH, INC.
131 5th St.
Colusa, CA 95932

JPML FORM 2A -- Continuation ⑩

Counsel of Record -- p. 10

DOCKET NO. 521 __ -- In re California Mortgage Loan Brokerage Securities Litigation

| | |
|---|---|
| CAPITAL CONSULTANTS, INC.<br>David L. Hermiston, Pres.<br>448 South Auburn St.<br>Grass Valley. CA 95945 | NOREEN R. STENBERG<br>5990 Waterash Way    .<br>Sacramento, CA 95823 |
| EMPIRE TITLE CO.<br>305 Railroad Avenue<br>Nevada City, CA | CAPITAL TITLE INSURANCE CO.<br>Conservator Ron Rossen<br>California Dept. of Insurance<br>600 Commonwealth Ave., Suite 1401<br>Los Angeles, CA 90005 |
| HORIZON LAND INC.<br>c/o Leonard Gray, V.P.<br>131 5th Street<br>Colusa, CA 95932 | ROBERT LYON<br>3213 Norstrom<br>Sacramento, CA |
| FARMERS AND MERCHANTS TRUST CO.<br>620 E. Plumb Lane<br>Reno, NV 89502 | BANK OF ALEX BROWN (No App. Rec'd)<br>Claire H. Greve, Esq.<br>Greve, Clifford, Diepenbrock & Paras<br>1000 G Street, Suite 400<br>Sacramento, CA 95814 |
| JAMES PAPONIS<br>223 Diamond Street<br>San Francisco, CA 94114 | GREGORY JOSEPH MONACO<br>PAT MONACO (No App. Rec'd)<br>Steve D. Bauer, Esq. |
| JOHN J. MCNALLY, KENNETH SONHEIM,<br>WALTER J. KALTHOF (No App. Rec'd)<br>J. Chancey Hayes, Esq.<br>Law Offices of Dennis C. Noonan<br>1900 Point West Way, Suite 201<br>P.O. Box 13818<br>Sacramento, CA 95813 | 1110 2nd Street<br>Old Sacramento, CA 95814<br><br>GEOERGE WOODROW SEABRON (No App. Rec'd)<br>Daniel H. Sandberg, Esq.<br>1210 H Street<br>Sacramento, CA 95814 |
| JAN HORD<br>Terry D. Dwyer, Esquire<br>Dwyer and Vanderlip<br>1401 K Street, Suite 107<br>Sacramento, California 95814 | JACK HINDS<br>3565 Miningbrook<br>Placerville, CA |
| TODD L. JOHNSON (No App. Rec'd)<br>Peter Bogy, Esq.<br>3445 American River Dr., Suite D<br>Sacramento, CA 95826 | TRUDY HINDS<br>3565 Minningbrook Placerville, CA<br>Placerville, CA |
| GLORIA MADRIGAL<br>MICAHEL MADRIGAL<br>Mr. and Mrs. Michael Madrigal<br>2394 Fair Oaks Boulevard<br>Sacramento, California | WILLIAM J. SHANAHAN, III<br>4650 Sierra Madre, #454<br>Reno, NV 89502 |

(corr. rec'd from old attorney)
(on behalf of the Madrigals)

JPML FORM 2A -- Continuation

Counsel of Record -- p. 11

DOCKET NO.  521  -- In re California Mortgage Loan Brokerage Securities Litigation

JOHN STEPHENSON
1931 Sutro St., Suite 207A
Reno, NV  89512

VERNON WALLACE
9325 Medallion Way
Sacramento, CA  95826

GORDON COOK
1627 Swezy St., #31
Marrysville, CA

RICHARD LEWIS
1541 12th Ave
Sacramento, CA

~~LARRY KING~~
~~1496 Nut Tree Lane~~   *duplicate*
~~Sonoma, CA  95476~~     *listing*

UNABLE TO DETERMINE COUNSEL
OR ADDRESS FOR THE FOLLOWING:
JAMES S. MARTIN
INDEPENDENT ASSOCIATION
SUSAN BRUSHNEFF
ERNEST CHEVERIER
JOSEPH MASTAINICH
SCOTT MASTAINICH
DANIEL S. ADAMS
GREGORY M. YOUNG
STEVEN A. WARREN
STANLEY W. WYER
RESIDENTIAL APPRAISAL SVC.
ALPINE APPRAISALS
COLONIAL TITLE GUARANTY CO.
~~SECURITY NATIONAL BANK~~
DONALD BENJAMIN
ROBERT SEIDMAN
FRANK NELSON
MARK W. FORMAN
LEE ATCHLEY
GLEN LESLIE CASHWHEELER
BARRY R. RICHARDS
TOMAS O. CARDINAL

FREDA ALLEN
RUTH A. MITCHELL
JOYCE E. MITCHELL
KEN W. HERMISTON
SALLY B. WEINHEIMER
STEVEN WEINHEIMER
WILLIAM EDINGTON
ART FRANCIS
FRED ROBERSON
MID-VALLEY TITLE AND ESCROW CO.
~~NATIONAL CAPITAL CONSULTANTS~~
SPENCER HANDEL
DENISE MONACO
FRANCES MONACO
HELEN MONACO
DELORES MONACO
JUNE MONACO
PAT MONACO
RONALD MONACO
PERSONAL HOME LOANS, INC.
DONALD SAPRONETTI
A. PAUL REDMOND
JOY MECHAM
JOANNE WIEKE
TIM FREEMAN
ERMA "DEE" MATHIS
GERRY SMITH
DEBBIE MEDDOCK
BARBARA G. LOWAS
D. HEILAMANN
DANIEL A. REILLY
JOHN BRENTT
EDWARD R. CLARK
LORAFAY CLARK
ANNE HANDELL
AMBER HANDELL
ROBERT LYON
VICKY WINTERS
BUCBOARD ENTERPRISES, INC.
CAPRI ASSOC., INC.
WATERWEST SERVICE, INC.
JEAN FLAHERTY
~~VERNON D. WALLACE~~
MICHAEL L. REILLY
RON MARTINE
~~BANK OF ALEX BROWN~~

FE

JPML FORM 3

p. _1_

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **521** -- __In re California Mortgage Loan Brokerage Sec. Litigation__

| Name of Party | Named as Party in Following Actions |
|---|---|
| Terrence Paul Batt | A-1 |
| William R. Cole | A-1 |
| Dennis A. Piepho | A-1 |
| Joseph W. Schwartz | A-1 |
| Bernard L. Buckley | A-1 |
| Pacific Valley Bank | A-1 |
| David N. Robinson | A-1 |
| Elizabeth A. Williams | A-1 |
| Michael A. McCallum | A-1 |
| McCallum Realty | A-1 |
| Marvin Mirviss | A-1 |

p. _2_

| | |
|---|---|
| Marvin Mirviss, Inc. | A-1 |
| Williams Realty | A-1 |
| Thomas Mills | A-1 |
| Michael D. Schmaljohann | A-1 |
| Gerald W. Echols | A-1 |
| Walter Boyko | A-1 |
| Frederick Pope | A-1 |
| Gary Kwart | A-1 |
| Kwart, Inc. | A-1 |
| Charles B. Godfrey | A-1 |
| William H. Kettler | A-1 |

JPML FORM 3

p. ___3___

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___521___ -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Larry Benjineno | A-1 |
| Independent Association | A-1 |
| Grant Morrison | A-1 |
| Ben R. Hill | A-1 |
| Nancy Albert | A-1 |
| Michael Brock | A-1 |
| Novus Corp. | A-1 |
| Wes Sage | A-1 |
| Marco Management | A-1 |
| Title Insurance & Trust Co. | A-1, 3, 5, 6 |
| James S. Martin | A-1 |

p. __4__

| | |
|---|---|
| Appraisal Service of California | A-1 |
| Edward J. Tubbs | A-1 |
| Assoc. Apprisers | A-1 |
| Frederick C. Weiss | A-2 |
| Vince Bartolone | A-2 |
| Patrick O'Connell | A-2 |
| Alan Rutsky | A-2 |
| Ernest J. Cheverier | A-2 |
| Susan Brushneff | A-2 |
| Shauna Lorenzen | A-2 |
| Larry King | A-2 |

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Joseph Mastainich | A-2 |
| Scott Mastainich | A-2 |
| Daniel S. Adams | A-2 |
| Donald Barsuglia | A-2 |
| Geoffrey Glantz | A-2 |
| Catherine M. Lacey | A-2 |
| Eve Lynch | A-2 |
| Craig Jacobson | A-2 |
| Karen A. Orcutt | A-2 |
| Joyce Marie Pierson | A-2 |
| Robert D. Poindexter | A-2 |

| | |
|---|---|
| Paul H. Roberts | A-2 |
| Bradley R. Shaver | A-2 |
| Dorothy R. Scofield | A-2 |
| William Shute | A-2 |
| Stella Fiero | A-2 |
| Jeff Tremolda | A-2 |
| Steven A. Warren | A-2 |
| Stanley W. Wyer | A-2 |
| Gregory M. Young | A-2 |
| James J. Majgrowicz | A-2 |
| Russell R. Denison d/b/a Denison Real Estate Appraisals | A-2 |

JPML FORM 3

p. ___7___

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Residential Appraisal Service | A-2 |
| Stuart & Comstock | A-2 |
| Stanley W. Myer | A-2 |
| Bay City Appriasal | A-2 |
| Alpine Appraisals | A-2 |
| Stathem, Shaw & Assoc. | A-2 |
| Home & Land Title Co. | A-2 |
| Northbay Title Co. | A-2 |
| TransAmerica Title Ins. Co. | A-2, 3 |
| First American Title Insurance Co. | A-2,3,4,5,6 |
| Colonial Title Guaranty Co. | A-2 |

p. ___8___

| | |
|---|---|
| Western Title Ins. Co. | A-2,3,5,6 |
| Founders Title Co. | A-2 |
| Stewart Title Co. of California | A-2 |
| Darrell M. Schock | A-3 |
| Van Blaricom | A-3 |
| Kenneth Villano | A-3 |
| Sandy Hallam | A-3 |
| Dennis Avakian | A-3 |
| Ray Holvenstot | A-3 |
| Cynthia Cecil | A-3 |
| Robert A. Malone | A-3 |

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 521 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Leo A. Todd | A-3 |
| Security National Bank | A-3 |
| Hibernia Bank | A-3 |
| Diablo State Bank | A-3 |
| Estelle E. Mannis | A-3 |
| Jeffrey Kellman | A-3 |
| Jan Robblin | A-3 |
| Rebecca Decesare | A-3 |
| Douglas Duggins | A-3 |
| Randy Parker *Lyman Parker* | A-3 |
| Robert Hartmann | A-3 |

p. __10__

| | |
|---|---|
| Sharon Tremblay | A-3 |
| Lane D. Lee | A-3 |
| Donna Campbell | A-3 |
| Dennis Downey | A-3 |
| Carl J. Postello | A-3 |
| Robert Cox | A-3 |
| Susan Torrenson | A-3 |
| Howard L. Weeks | A-3 |
| Donald Benjamin | A-3 |
| Thomas Hoskins | A-3 |
| Mary Tribe | A-3 |

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 521 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Robert Kamp | A-3 |
| Michael Kaczmarscki | A-3 |
| Sonja Steele | A-3 |
| Diane Hill | A-3 |
| Astor Kuyumjian | A-3 |
| Robert Seidman | A-3 |
| Gavin Eldrige | A-3 |
| Barbara Downs | A-3 |
| Pamela Dillenbeck | A-3 |
| Lynda Riley | A-3 |
| Cathy Yanez | A-3 |

p. __12__

| | A-3 |
|---|---|
| Theresa Compton | |
| Frank Nelson | A-3 |
| Sharman Standrige | A-3 |
| Walter J. Schwegman | A-3 |
| Debra Gray | A-3 |
| Kimball Brown | A-3 |
| Mark W. Forman | A-3 |
| Brenda Lewis | A-3 |
| Linda G. Rocha | A-3 |
| Terri D. Jackson | A-3 |
| Bonni Brandi | A-3 |

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| John Caudillo | A-3 |
| Mark Marsh | A-3 |
| William C. Sabsay | A-3 |
| Lori Campbell | A-3 |
| Raymond Durisen | A-3 |
| William W. Mills | A-3 |
| Wendy Brown | A-3 |
| Jackie Latipow | A-3 |
| Kathleen Sheridan | A-3 |
| Kathy Castor | A-3 |
| Marian Sokolich | A-3 |

| | |
|---|---|
| St. Paul Title Insurance | A-3 |
| Safeco Title Insurance Co. | A-3, 5, 6 |
| Title Ins. Co. of Minn. | A-3, 5, 6 |
| Chicago Title Ins. Co. | A-3, 5 |
| Lee Atchley | A-3 |
| Elliot Ball | A-3 |
| James Sievers | A-3 |
| Glen Leslie Cashwheeler | A-4 |
| Barry R. Richards | A-4 |
| Irvine P. Dungan | A-4 |
| Harold A. Bursell | A-5 |

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 521 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Leonard O. Gray | A-5 |
| Arthur R. Pekarek | A-5 |
| Morris R. Hatfield | A-5 |
| Steven R. Smotherman | A-5 |
| Thomas O. Cardinal | A-5 |
| Freda Allen | A-5 |
| Allen K. Heller | A-5 |
| Ruth A. Mitchell | A-5 |
| Susan A. Parks | A-5 |
| Roy Giorgi | A-5 |
| Deno Paoli | A-5 |

p. ___16___

| Curtis L. Gray | A-5 |
|---|---|
| Joyce E. Mitchell | A-5 |
| Robert A. Beisley | A-5 |
| William C. Edick | A-5 |
| Ken W. Hermiston | A-5 |
| Michael E. Lillard | A-5 |
| Larry E. Miller | A-5 |
| Dan Mross | A-5 |
| Sudhir Sahni | A-5 |
| Sahni & Assoc. | A-5 |
| Harold Todd | A-5 |

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _521_ -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Paul A. Waller | A-5 |
| Tommy L. Warthan | A-5 |
| Sally B. Weinheimer | A-5 |
| Steven Weinheimer | A-5 |
| Paul Winkleman | A-5 |
| William J. Shanahan, III | A-5 |
| Dale Carroll | A-5 |
| Harvey A. Wright | A-5 |
| Ralph G. Seibly | A-5 |
| Betty Beers | A-5 |
| Virgil M. Haggard | A-5 |

Case MDL No. 521   Document 1   Filed 06/03/15   Page 35 of 42

| Charles Freund, III | A-5 |
| Stephanie Raetze | A-5 |
| Steven Robinson | A-5 |
| Norman Thompson | A-5 |
| Lawrence C. Sloan, Sr. | A-5 |
| William Edington | A-5 |
| Bill Brock | A-5 |
| Gordon Cook | A-5 |
| Art Francis | A-5 |
| Fred Roberson | A-5 |
| James Paponis | A-5 |

JPML FORM 3

### COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _521_ -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Gordon Shelly | A-5 |
| Claude E. Dixon | A-5 |
| Jerre Box | A-5 |
| Wayne B. Harbarger, III | A-5 |
| John Stephenson | A-5 |
| Donald E. Sandridge | A-5 |
| Calif. Land Title Co. of Nevada | A-5 |
| Empire Title Co. | A-5 |
| Oroville Title Co. | A-5 |
| Mid-Valley Title and Escrow Co. | A-5 |
| American Land Title Co. | A-5, 6 |

p.  20

| | |
|---|---|
| Commonwealth Land Title Co. | A-5 |
| | |
| Capital Growth, Inc. | A-5 |
| Horizon Land, Inc. | A-5 |
| Capital Consultants, Inc. | A-5 |
| Nat'l Capital Consultants, Inc. | A-5 |
| Farmers & Merchants Trust Co. | A-5 |
| Frank Danial Monaco | A-6 |
| Daniel A. Monaco, Sr. | A-6 |
| Spencer Handel | A-6 |
| Trudy Monaco | A-6 |

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  521 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Gregory J. Monaco | A-6 |
| Denise Monaco<br>Delores Monaco | A-6 |
| Frances Monaco<br>Helen Monaco<br>June Monaco | A-6 |
| Pat Monaco<br>Ronald Monaco | A-6 |
| Personal Home Loans, Inc. | A-6 |
| James W. Seabron | A-6 |
| Donald Sapronetti | A-6 |
| John J. McNally | A-6 |
| Walter J. Kalthof | A-6 |
| Richard Lewis | A-6 |
| A. Paul Redmond | A-6 |

| | |
|---|---|
| Jerold F. Bach | A-6 |
| Jan Hord | A-6 |
| Joy Mecham | A-6 |
| JoAnne Wieke | A-6 |
| Todd L. Johnson | A-6 |
| Tim Freeman | A-6 |
| Erma "Dee" Mathis | A-6 |
| Noreen R. Stenberg | A-6 |
| Gerry Smith | A-6 |
| Debbie Meddock | A-6 |
| Barbara G. Lowas | A-6 |

JPML FORM 3

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 521 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| D. Heilamann | A-6 |
| Daniel A. Reilly | A-6 |
| John Brentt | A-6 |
| Edward R. Clark | A-6 |
| Lorafay Clark | A-6 |
| Anne Handell | A-6 |
| Amber Handell | A-6 |
| Jack Hinds | A-6 |
| Trudy Hinds | A-6 |
| Robert Lyon | A-6 |
| Gloria Madrigal | A-6 |

p. __24__

| | |
|---|---|
| Michael Madrigal | A-6 |
| Kenneth Sonheim | A-6 |
| Vicky Winters | A-6 |
| Bucboard Enterprises, Inc. | A-6 |
| Capri Assoc., Inc. | A-6 |
| Danhel Co., Inc. | A-6 |
| Delta Development, Inc. | A-6 |
| F & T Cattle Co. | A-6 |
| Rancho Remuda, Inc. | A-6 |
| Roscoe Technology, Inc. | A-6 |
| Waterwest Service, Inc. | A-6 |

JPML FORM 3

p.  25

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  521  -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Jean Flaherty | A-6 |
| Vernon D. Wallace | A-6 |
| Michael L. Reilly | A-6 |
| Ron Martine | A-6 |
| Bank of Alex Brown | A-7 |
| | |
| | |
| | |
| | |
| | |
| | |