DOCKET NO. 521

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE CALIFORNIA MORTGAGE LOAN BROKERAGE SECURITIES LITIGATION

ORDER DENYING TRANSFER

This litigation presently consists of six actions pending in district courts as follows: three actions in the Northern District of California, and three actions in the Eastern District of California. Before the Panel is a motion by the plaintiffs in the six actions for centralization of the actions in the Eastern District of California for coordinated or consolidated pretrial proceedings. Alternatively, these plaintiffs seek centralization in the Northern District of California.

On the basis of the papers filed and the hearing held, we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. The actions in this litigation arise from the failure of five mortgage loan brokerage firms that did business in California. Although similar federal securities and state law claims are raised in each action, five of the six actions involve different groups of investors, the activities of a different mortgage broker, and different primary and secondary defendants. Of almost 300 named defendants among the actions, there appear to be only eight that are named in more than one action. Any common questions of fact that may be involved in these actions are simply insufficient, in our view, to overcome the overall predominance of individual factual questions regarding all the issues presented in each of the actions now before us. While these actions may share some questions of law, in the absence of significant common questions of fact, transfer under Section 1407 remains inappropriate. See In re Environmental Protection Agency Pesticide Listing Confidentiality Litigation, 434 F. Supp. 1235 (J.P.M.L. 1977); In re Natural Gas Liquids Regulation Litigation, 434 F. Supp. 665 (J.P.M.L. 1977); In re Eastern Airlines, Inc. Flight Attendant Weight Program Litigation, 391 F. Supp. 763 (J.P.M.L. 1975).

IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 of the actions listed on the attached Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

## SCHEDULE A

MDL-521 -- <u>In re California Mortgage Loan Brokerage Securities Litigation</u>

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hamilton Montgomery v. Terrence P. Batt, et al. | Civil Action No. C-82-0894-RFP |
| Yvonne Van Boeckel, et al. v. Frederick Carl Weiss, et al. | Civil Action No. C-82-3745-RFP |
| Henry T. Wright, et al. v. Darrell M. Schock, et al. | Civil Action No. C-81-4127 |

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Edward Pynchon, et al. v. Harold A. Bursell, et al. | Civil Action No. CIVS-82-615-MLS |
| Mary C. Gabel, et al. v. Frank D. Monaco, et al. | Civil Action No. CIVS-82-162-MLS |
| Mary C. Gabel, et al. v. Bank of Alex Brown | Civil Action No. CIVS-82-555-MLS |